

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-15-00257-CV

**IN THE INTEREST OF N.F.R.,** A Child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02004
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant filed a notice of appeal, stating her desire to appeal a judgment or order alleged to have been signed on April 20, 2015.

The clerk's record has been filed.  It contains an order of an associate judge, signed on February 9, 2015, that terminated appellant's parental rights.  The record also contains appellant's timely filed request for a de novo hearing before the referring court.  It appears from the docket sheet and from "Judge's Notes" dated April 20, 2015, that a hearing was held and that the referring court rendered a ruling.  However, the record does not contain an order or judgment signed by the referring court. A judge's notes are for his or her own convenience and are not appealable orders. *See In re Rivera*, No. 04-12-00025-CV, 2012 WL 219591 (Tex. App.—San Antonio Jan. 25, 2012) (mem. op.) (orig. proceeding);  *State v. Fuller*, No. 04-96-00898-CR, 1997 WL 136541, at *1 (Tex. App.—San Antonio Mar. 26, 1997, no pet.)(not designated for publication); *First Nat. Bank of Giddings, TX v. Birnbaum*, 826 S.W.2d 189, 190 (Tex. App.—Austin 1992, no writ).

Accordingly, we **order** a response due by May 22, 2015, showing cause why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c). Appellant has the burden to obtain a signed appealable order or judgment from the referring court and to request the trial court clerk to prepare a supplemental clerk's record containing all necessary pleadings and orders to establish this court's jurisdiction.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.



Keith E. Hottle
Clerk of Court